**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HELENE PATRICIA KEANE, et al.,

                Plaintiff,

-against-                              21 **CIVIL** 8257 (LJL)

                                                        **<u>JUDGMENT</u>**

BARBARA Q. VELARDE, *Chief, USCIS Office of Administrative Appeals,* et al.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2022, defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      September 7, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  Clerk of Court

                                **BY:**

                                                                    **Deputy Clerk**